IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO KING PARKER III,

    Petitioner,                      No. CIV S-01-1862 GEB DAD P

    vs.

GAIL LEWIS, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2005, this court issued findings and recommendations recommending that petitioner's application be denied. On April 18, 2005, petitioner filed a request for extension of time to file objections to the April 7, 2005 findings and recommendations.[1] Good cause appearing, that request will be granted.

---

[1] Petitioner's request was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondents, then documents submitted by petitioner must be served on that attorney and not on the respondents themselves. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondents or their attorney and the address to which it was mailed. <u>See</u> Local Rule 5-135(b) and (c). Petitioner is cautioned that failure to properly serve any documents subsequently filed in this action, and failure to include a proper

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 18, 2005 request for extension of time is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file objections to the April 7, 2005 findings and recommendations.

DATED: April 21, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:kf
park1862.111

---

certificate of service with such filing, will result in the document being placed in the court file and disregarded and may result in a recommendation that this action be dismissed.