IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO KING PARKER, III,

    Petitioner,               No. CIV S-01-1862 GEB DAD P

    vs.

GAIL LEWIS, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner has requested a second extension of time to file and serve objections to the April 7, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 16, 2005 second request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the April 7, 2005 findings and recommendations.

DATED: May 24, 2005.

                          /s/ Dale A. Drozd
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

DAD/bb
park1862.111(2)