IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO KING PARKER III,

    Petitioner,           No. CIV S-01-1862 GEB DAD P

    vs.

GAIL LEWIS, Warden, et al.,

    Respondents.      ORDER

_____/

    Petitioner has filed his third request for an extension of time to file and serve objections to the April 7, 2005 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's August 10, 2005, request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the April 7, 2005 findings and recommendations. No further extensions of time will be granted.

DATED: August 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kf
park1862.111a