IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO KING PARKER III,

      Petitioner,                    No. CIV S-01-1862 GEB DAD P

   vs.

GAIL LEWIS, Warden, et al.,

      Respondents.          <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated September 20, 2005, petitioner's application was denied. On October 11, 2005, petitioner filed a timely notice of appeal. On October 13, 2005, petitioner filed a request for extension of time to file a request for certificate of appealability. Good cause appearing, that request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's October 13, 2005, request for an extension of time to file a request for certificate of appealability is granted; and

/////

/////

/////

1

2. Petitioner shall file his request for a certificate of appealability within thirty days from the filed date of this order.

DATED: October 18, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:parker1862.ext